FILED
CLERK, U.S. DISTRICT COURT

Oct 13, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JUSTINE FREEMAN,<br><br>        Plaintiff,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a foreign limited liability company; and DOES 1 through 25, inclusive,<br><br>        Defendants. | CASE NO.: 2:15-cv-4733-SVW-AJW<br><br>(Los Angeles Superior Court - Case No. BC581989)<br><br>[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>Action Filed: May 15, 2015<br>Trial: January 12, 2016 |

    The Court, having reviewed the parties' Stipulation of Dismissal with Prejudice and good cause appearing, orders that this matter be, and is hereby, dismissed with prejudice.

IT IS SO ORDERED.

Dated: October 13, 2015

_____
Hon. Stephen V. Wilson
Judge of the United States District Court

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on September/October 12, 2015, a true and correct copy of the foregoing ***[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE*** was filed with the Clerk using the CM/ECF system, which will provide notice to the following counsel of record:

Alex Cha, Esq.
Edward Kim, Esq.
LAW OFFICES OF ALEX CHA
3435 Wilshire Boulevard
Suite 2700
Los Angeles, California 90010
**ATTORNEYS FOR PLAINTIFF**
Tel:   213/ 351-3513
Fax:   213/ 351-3514
Email: alexmyungcha@gmail.com

          /s/
Jordan S. Tabak